UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LONIEL GREENE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:09-0704 |
| | ) Judge Nixon/Bryant |
| SAXON MORTGAGE SERVICES, INC., | ) |
| Defendant. | ) |

**O R D E R**

Counsel for the defendant has requested that this case be referred to a Magistrate Judge for a settlement conference.

The undersigned Magistrate Judge has conferred with Magistrate Judge Joe Brown, and Judge Brown has agreed to conduct a settlement conference in this matter.

This case is **REFERRED** to Magistrate Judge Brown for the purpose of conducting a settlement conference. Counsel for the parties shall call Monte Klassen, Courtroom Deputy, at 736-2119 to select a suitable date for this settlement conference.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge