IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LONIEL GREENE and RONALD WILLIAMS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No.: 3:09 cv-00704 ) |
| SAXON MORTGAGE SERVICES, INC., | ) US District Judge Nixon ) US Magistrate Judge Bryant ) |
| Defendant. | ) ) |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures below of counsel for the parties, that this matter has been resolved in its entirety by agreement and that this case should be dismissed. Accordingly, pursuant to the agreement of the parties and for good cause shown, it is

ORDERED that this action be DISMISSED with prejudice. Each side shall bear its own costs and attorney's fees.

It is so ORDERED,

Entered this the 22nd day of November, 2010.

_____
Senior District Judge John T. Nixon

1